IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-00418-PAB-MJW

FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR UNITED WESTERN BANK,

Plaintiff(s),

v.

BANC OF AMERICA FUNDING CORPORATION;
BANK OF AMERICA CORPORATION;
BANC OF AMERICA MORTGAGE SECURITIES, INC.;
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.;
MORGAN STANLEY CAPITAL I INC.;
MORGAN STANLEY & CO. LLC;
MORGAN STANLEY;
RBS ACCEPTANCE INC.;
RBS SECURITIES, INC; and
RBS HOLDINGS USA INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion for Leave to Appear by Telephone at April 14, 2014 Hearing (Docket No. 67) is granted.  Accordingly, James C. Rutten, Esq., and Achyut J. Phadke, Esq., may appear by telephone for the motion hearing on April 14, 2014, at 2:00 p.m. Mountain Time by calling the court at that time (together on one line) at (303) 844-2403.  Any other out-of-state counsel who wish to appear at the motion hearing by telephone may do so by arranging a conference call so that all counsel call in to the court on one line.

Date: April 11, 2014