# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 14-cv-00418-PAB-MJW | FTR - Courtroom A-502 |
| **Date:** April 14, 2014 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR UNITED WESTERN BANK, | Mark B. Holton<br>Andrew R. Shoemaker |
| Plaintiff(s), | |
| v. | |
| BANC OF AMERICA FUNDING CORPORATION;<br>BANK OF AMERICA CORPORATION;<br>BANC OF AMERICA MORTGAGE SECURITIES, INC.;<br>BANK OF AMERICA, N. A.,<br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.;<br>MORGAN STANLEY CAPITAL I INC.;<br>MORGAN STANLEY & CO. LLC;<br>MORGAN STANLEY;<br>RBS ACCEPTANCE INC.;<br>RBS SECURITIES, INC; and<br>RBS HOLDINGS USA INC., | Achyut J. Phadke  (by telephone)<br>James C. Rutten    (by telephone)<br>Todd R. Seelman<br>Paul R. Wood<br>James T. Adler<br>James R. Miller, Jr.<br>Dana M. Seshens    (by telephone)<br>Peter G. Koclanes |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   MOTIONS   HEARING
**Court in Session:**   2:04 p.m.
Court calls case.  Appearances of counsel.

The Court raises Morgan Stanley's Motion to Enforce the Private Securities Litigation Reform Act Automatic Stay and for a Protective order Staying Discovery [Docket No. 56, filed April 09, 2014] for argument.

Argument by  Paul R. Wood, on behalf of the Morgan Stanley defendants.
Argument by Achyut J. Phadke on behalf of Bank of America defendants.
Argument by Peter G. Koclanes on behalf of RBS defendants.
Argument by Mark B. Holton on behalf of Plaintiff.
Rebuttal by  Achyut J. Phadke and Paul R. Wood.

**It is ORDERED:** MORGAN STANLEY'S MOTION TO ENFORCE THE PRIVATE SECURITIES LITIGATION REFORM ACT AUTOMATIC STAY AND FOR A PROTECTIVE ORDER STAYING DISCOVERY [Docket No. **56**, filed April 09, 2014] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

**It is ORDERED:** DEFENDANTS' MOTION TO CONTINUE APRIL 16, 2014 SCHEDULING CONFERENCE [Docket No. **58**, filed April 09, 2014] is **HELD IN ABEYANCE.** The Court will address Defendants' Motion to Continue April 16, 2014 Scheduling Conference [Docket No. **58**, filed April 09, 2014] in a written Order.

Hearing concluded.
**Court in recess:** 2:53 p.m.
Total In-Court Time 00: 49

To order a transcript of this proceedings, contact Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.