IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-00418-PAB-MJW

FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR UNITED WESTERN BANK,

Plaintiff(s),

v.

MORGAN STANLEY CAPITAL I INC.;
MORGAN STANLEY & CO. LLC;
MORGAN STANLEY;
RBS ACCEPTANCE INC.;
RBS SECURITIES, INC; and
RBS HOLDINGS USA INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion for Entry of Stipulation and Order Governing the Treatment of Confidential Discovery Material (docket no. 119) is GRANTED finding good cause shown.  The written Order Governing the Treatment of Confidential Discovery Material (docket no. 119-1) is APPROVED and made an Order of Court.

It is FURTHER ORDERED that the Unopposed Motion for Entry of Stipulation and Order Concerning Joint Production Protocol and Electronically Stored Information and Paper Documents (docket no. 120) is GRANTED finding good cause shown.  The written Order Concerning Joint Production Protocol for Electronically Stored Information and Paper Documents (docket no. 120-1) is APPROVED and made an Order of Court.

Date: June 12, 2015