IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-00418-PAB-MJW

FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR UNITED
WESTERN BANK,

Plaintiff,

v.

RBS ACCEPTANCE INC.;
RBS SECURITIES, INC; and
RBS HOLDINGS USA INC.,

Defendants.

_____

## MINUTE ORDER

_____

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the parties' Joint Motion to Amend Scheduling Order
(Docket No. 146) is **GRANTED**[1] for good cause shown.  The Scheduling Order (Docket
No. 114) is amended to extend the following deadlines:

• Service of all reports for identified experts regarding re-underwriting,
   appraisal/USPAP compliance (AVM and non- AVM), and sampling and
   extrapolation: April 15, 2016

• Service of interrogatories and requests for production: June 30, 2016

• Deadline to serve expert reports rebutting reports served on or before April 15,
   2016: August 15, 2016

• Deadline to serve requests for admissions: October 3, 2016

• Discovery cut-off: November 30, 2016

• Deadline to serve all outstanding expert reports: December 7, 2016

_____

[1]  The parties proposed creating a new deadline for "substantial completion of document
production," which was not included in the Scheduling Order.  The Court does not include such
a deadline in this Minute Order.  However, the parties are free to agree to such a deadline.

- Deadline to serve all outstanding rebuttal expert reports: February 7, 2017

- Expert discovery cut-off: April 7, 2017

- Dispositive motions deadline: April 21, 2017

Date: April 15, 2016 _____